UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICENTE CARRASCO-ORTEGA,<br><br>Defendant. | NO. CR-04-2091-RHW<br><br>**ORDER DISMISSING INDICTMENT** |

A pretrial hearing was held on July 26, 2005, in Yakima, Washington. Defendant was present and represented by Salvador Mendoza; the Government was represented by Assistant United States Attorney James Hagarty. At the hearing, the Government orally moved to dismiss the Indictment that was filed in this case. This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1.   The Government's oral motion to dismiss the Indictment is **GRANTED**.

2.   The above-captioned case is **dismissed**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel and the U.S. Probation Office, and close the file.

**DATED** this 28th day of July, 2005.

s/ ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2004\Carrasco Ortega (2)\dismiss.wpd

**ORDER DISMISSING INDICTMENT ~ 1**